# UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

**BAP NO. MB 26-022**

**Bankruptcy Case No. 25−11742-EDK**
**Adversary Proceeding No. 25−01162-EDK**

**ANDREW BREITER-WU,**
**Debtor.**

**MARK DANKO,**
**Plaintiff-Appellant,**

**v.**

**ANDREW BREITER-WU,**
**Defendant-Appellee.**

## BRIEFING ORDER

On July 20, 2026, the Clerk of the Panel received the bankruptcy court's certification that the record on appeal was complete. On July 28, 2026, the Clerk docketed a receipt of the record in accordance with Fed. R. Bankr. P. 8010. As a result, the Appellant's opening brief and appendix are due on or before **September 4, 2026**. See Fed. R. Bankr. P. 8018(a)(1), (b)(1). The Appellee's brief is due within 30 days after service of the Appellant's brief. See Fed. R. Bankr. P. 8018(a)(2). The Appellant may file a reply brief within 14 days after service of the Appellee's brief. See Fed. R. Bankr. P. 8018(a)(3). All briefs must contain proof of service on all opposing counsel or if parties are not represented, service on the parties.

Failure of the Appellant to file the brief and appendix on the date set forth above may result in the entry of an order dismissing the appeal. Failure of the Appellee to file its brief may result in a decision by the Panel without further opportunity for the Appellee to present an argument.

FOR THE PANEL:

Dated: August 5, 2026

By: /s/ Arielle B. Adler
Arielle B. Adler, Clerk

cc:
By email: Andrew Breiter-Wu
By U.S. Mail: Mark Danko