BAP No. MB 26-022

UNITED STATES BANKRUPTCY APPELLATE PANEL
FOR THE FIRST CIRCUIT

In re:
ANDREW BREITER-WU,
Debtor.

MARK DANKO,
Plaintiff-Appellant,

v.

ANDREW BREITER-WU,
Defendant-Appellee.

On Appeal from the United States Bankruptcy Court
for the District of Massachusetts

CHAPTER 7 CASE NO. 25-11742-EDK
ADVERSARY PROCEEDING NO. 25-01162-EDK
BAP NO. MB 26-022

# APPENDIX TO BRIEF OF DEFENDANT-APPELLEE ANDREW BREITER-WU

(Fed. R. Bankr. P. 8018(b); 1st Cir. BAP L.R. 8018-1(b))

Andrew Breiter-Wu
Defendant-Appellee, Pro Se
86 Willard Ave
Seekonk, MA 02771
(617) 334-5785
Legal@breiterplanet.com

# TABLE OF CONTENTS

1. Feb. 5, 2026 Order on Motion to Dismiss (Bankr. Ct. Doc. 28) ........ Appellee App. 1

2. Feb. 5, 2026 Order Granting Leave to Amend (Bankr. Ct. Doc. 29) ........ Appellee App. 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Andrew Breiter-Wu<br><br>Debtor(s). | Chapter7<br>Case No. 25-11742-EDK |
| Mark Danko<br>Plaintiff(s),<br><br>v.<br><br>Andrew Breiter-Wu<br>Defendant(s). | Adversary Proceeding<br>No. 25-01162-EDK |

**Proceeding Memorandum and Order**

**MATTER:**
#3 Motion of Defendant to Dismiss Adversary Proceeding

**Decision set forth more fully as follows:**

**DENIED WITHOUT PREJUDICE. The deadline for the Plaintiff to file a further amended complaint is February 26, 2026. The deadline for the Defendant to file an answer or responsive pleading to the further amended complaint is 21 days from the iling and service of the amended complaint.**

Dated: 02/05/2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Andrew Breiter-Wu<br><br>Debtor(s). | Chapter7<br>Case No. 25-11742-EDK |
| Mark Danko<br>Plaintiff(s),<br><br>v.<br><br>Andrew Breiter-Wu<br>Defendant(s). | Adversary Proceeding<br>No. 25-01162-EDK |

**Proceeding Memorandum and Order**

**MATTER:**
#16 Motion filed by Plaintiff Mark Danko for Leave to File [15] First Amended Complaint

**Decision set forth more fully as follows:**

**GRANTED. See order of even date.**

Dated: 02/05/2026

By the Court,

Elizabeth D. Katz

Elizabeth D. Katz
United States Bankruptcy Judge